# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RACHEL NELSON**                                                                                       **PLAINTIFF**

**v.**                              **Case No. 4:18-cv-00328 KGB**

**CAPITAL ONE BANK (USA), N.A.**                                                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 18). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and fees.

It is so ordered this 26th day of November 2019.

_____
Kristine G. Baker
United States District Judge